**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian L. Bentley, et al., | No: CV17-0966-PHX DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| City of Mesa, et al., | |
| Defendants. | |

Pending before the Court is State Defendants' Motion for Leave to Submit Non Paper Exhibits in Support of Their Response to Plaintiff's Motion for Summary Judgment and their Cross-Motion for Summary Judgment.  Doc. 134.

**IT IS ORDERED** that State Defendants' Motion for Leave to Submit Non Paper Exhibits (Doc. 134) is **granted.**  The Clerk of Court is directed to accept for filing in non-paper format, a jump drive and/or CD related to State Defendants' response and cross-motion for summary judgment.  If the State Defendants' have not yet provided the jump drive and/or CD related to State Defendants' response and cross-motion for summary judgment, they shall provide the jump drive and/or CD to the Clerk of Court no later than **October 4, 2019.**

Dated this 2nd day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge